Troy A. Brenes, SBN 249776
(Admitted *Pro Hac Vice*)
BRENES LAW GROUP, P.C.
100 Spectrum Center Drive, Suite 330
Irvine, CA 92618
tbrenes@breneslawgroup.com
Telephone: (949) 397-9360
Facsimile: (949) 607-4192

Alan J. Bernstein
Law Offices of Alan J. Bernstein, Ltd.,
10 S. LaSalle St., Ste. 1420
Chicago, IL 60603
Alan@Abernsteinlaw.com
Telephone: 312-726-2755
Facsimile: 312-726-2959
ARDC: 3128637

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CAMERON PAYNTER, | Case No.: 1:22-cv-05160 |
| Plaintiff, | Hon. Gary Feinerman |
| vs. | **PLAINTIFF'S INITIAL STATUS REPORT** |
| BG MEDICAL, LLC; ASPIDE MEDICAL; MEDICAL MURRAY, INC. and DOES 1 through 100, inclusive, | |
| Defendants. | |

Plaintiff Cameron Paynter ("Plaintiff") hereby submits this status report. While a request for waiver of services was served on Defendants B.G. Medical, LLC and Medical Murray, Inc. on November 21, 2022,[1] they have not yet indicated acceptance of the waiver of service or refusal to waiver service. Therefore, Defendants have not yet entered an appearance in this matter and have

---

[1] Aspide Medical is an European entity and is being served through the Hague Service Convention.

- 1 -

PLAINTIFF'S INITIAL STATUS REPORT
Case No. 1:22-cv-05160

Brenes Law Group, P.C.
100 Spectrum Ctr. Dr., Ste. 330,
Irvine, CA 92618
P: (949) 397-9360

not had the opportunity to offer input regarding this case management statement. Plaintiff will ensure that Defendants have either waived service or been personally served by December 21, 2022.

**A.    Nature of the Case**

    1.    Attorneys of record, and lead trial counsel, for each party.

        Plaintiff: Troy A. Brenes of Brenes Law Group, P.C. is the lead counsel for Plaintiff.  Alan J. Bernstein is local counsel for Plaintiff.

        Defendants: attorneys are unknown at this time.

    2.    Basis for Federal Jurisdiction

        The Court has jurisdiction over this case pursuant to 28 U.S.C. §1332. Per Court Order, Plaintiff submitted a detailed explanation of the basis for diversity jurisdiction in this matter on October 26, 2022. (ECF Dkt. No. 8).

    3.    Nature of the claim(s) and counterclaim(s), including the amount of damages and other relief sought

        Plaintiff asserts claims for Design Defect, Manufacturing Defect, Failure to Warn, Negligence, Breach of Warranty, and Unjust Enrichment relating to the Defendants' conduct in designing, manufacturing, labeling, marketing, and conducting post-market surveillance of the Surgimesh XB hernia mesh device implanted in Plaintiff on December 12, 2019.

        Defendants knew, or in the exercise of reasonable care should have known, that the Surgimesh mesh was not properly manufactured, tested, inspected, packaged, labeled, distributed, marketed, examined, sold, supplied, prepared and/or provided with proper warnings, was not suitable for the purpose it was intended and was unreasonably likely to injure the products'

- 2 -

PLAINTIFF'S INITIAL STATUS REPORT　　　　　　　　　　　　　　　　　　　　　　Brenes Law Group, P.C.
Case No. 1:22-cv-05160　　　　　　　　　　　　　　　　　　　　　　　　　　100 Spectrum Ctr. Dr., Ste. 330,
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Irvine, CA 92618
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　P: (949) 397-9360

users. The polypropylene material used in the mesh is biologically incompatible with human tissue and promotes deleterious immune responses in a large subset of the population. These negative responses promote inflammation of the surrounding tissue and contribute to the development of severe adverse reactions to the mesh. The polypropylene of which the Surgimesh is partially comprised is not stabilized with the types or amounts of anti-oxidants to permit it to resist material degradation in vivo [within the body]. Due to Defendants' design and manufacturing processes, the Surgimesh's polypropylene mesh component significantly degrades and weakens within the body, resulting in a variety of material failures. The degradation of the polypropylene causes microscopic fissures to form on the surfaces of the polypropylene filaments, creating a nidus for infection and biofilm. Surface degradation also causes flaking of the polypropylene, which increases the surface area of host tissue exposed to the biomaterial and, in turn, increasing the host Foreign Body Response ("FBR") and accelerating the material degradation. The polypropylene component is also prone to shrinking and contracting after being implanted in the human body, which results in multiple severe complications including but not limited to pain, hernia recurrence, organ perforation, device migration, and meshoma.

     Defendants also concealed from Plaintiff's prescribing physician that they knew or should have known the device posed significant and increase risk of the for the following: a. Significantly increased rate, amount, and tenacity of adhesions; b. Adherence of bacteria to the polypropylene material

- 3 -

PLAINTIFF'S INITIAL STATUS REPORT
Case No. 1:22-cv-05160

Brenes Law Group, P.C.
100 Spectrum Ctr. Dr., Ste. 330,
Irvine, CA 92618
P: (949) 397-9360

and silicone; c. Significantly elevated risk of infection; d. Extreme difficulty in removal; e. Grave bodily injury associated with removal; f. Significant mesh contracture; g. Mesh rupture; h. Severe inflammatory response; i. Significantly increased rate of Fistula; j. Significantly increased rate of Seroma; k. Migration; l. Organ perforation; m. Sexual dysfunction; n. Nerve injury; o. Bowel obstruction; p. Biofilms, q. Erosion; r. Wound dehiscence.

Plaintiff was implanted with a Surgimesh XB on December 12, 2019. He had a second Surgimesh XB implanted on September 29, 2020 to repair the resulting hernia defect with another Surgimesh XB. These devices failed to perform as designed and intended in that they significantly contracted, failed to incorporate into the abdominal wall, migrated, and caused seroma, significant adhesions, seroma, pain, recurrence, and need fur further surgery on September 8, 2021 to remove the defective hernia mesh products, lyse adhesions, and repair the recurrent hernia defect. Plaintiff seeks damages in an amount to be determined by the jury, but in excess of $1,000,000.00, for past and future pain and suffering and loss of ability to enjoy life. Plaintiff further seeks special damages (economic damages) regarding medical liens and lost wages. Requests for these amounts have been made but are still pending.

4. Whether the defendant will answer the complaint or, alternatively, whether the defendant will otherwise plead the complaint

Currently unknown as to BG Medical, LLC and Medical Murray, Inc. In respect Aspide Medical, Plaintiff does not expect Aspide Medical will take any action to respond to the Complaint. Counsel for BG Medical, LLC in

- 4 -

PLAINTIFF'S INITIAL STATUS REPORT  
Case No. 1:22-cv-05160

Brenes Law Group, P.C.  
100 Spectrum Ctr. Dr., Ste. 330,  
Irvine, CA 92618  
P: (949) 397-9360

another case indicated Aspide Medical is no longer operating. Moreover, Aspide Medical has not taken any action to respond to a Complaint filed in another case.

5. Principal legal and factual issues

Plaintiff respectfully requests to defer this topic until Defendants have entered an appearance in this case and have a chance to offer input.

6. Which defendants have been served with process, which defendants have not been served, and the status efforts to effect service on the unserved defendants

Notice of Lawsuit and Waiver of Service of Summons have been served via F.R.C.P. 4 to Defendants B.G. Medical, LLC and Medical Murray, Inc. on November 21, 2022. Returned waivers of service are due 30 days after, or December 21, 2022. Foreign service on Aspide Medical d/b/a Surgimesh is currently being attempted through the Hauge Service Convention.

**B. Proceedings to Date**

1. Summary of all substantive rulings (including discovery rulings) to date.

None.

2. Description of all pending motions, including date of filing and briefing schedule.

None.

**C. Discovery and Case Plan**

1. Summary of discovery, formal and informal, that has already occurred.

None.

2. Whether discovery will encompass electronically stored information, and the parties' plan to ensure that such discovery proceeds appropriately.

PLAINTIFF'S INITIAL STATUS REPORT
Case No. 1:22-cv-05160

Brenes Law Group, P.C.
100 Spectrum Ctr. Dr., Ste. 330,
Irvine, CA 92618
P: (949) 397-9360

Plaintiff does intend to seek the discovery of electronically stored information. Once Defendants enter an appearance in this matter, Plaintiff will initiate a meet and confer regarding this topic.

3. "Proposed scheduling order"

Plaintiff respectfully request a scheduling order be deferred until Defendants enter an appearance.

4. Whether there has been a jury demand

Yes, in complaint.

5. "Estimated length of trial"

　a. Plaintiff estimates 15 trial days but respectfully suggests this be deferred until Defendants can offer input.

D. **Settlement**

1. Describe settlement discussions to date and whether those discussions remain ongoing

No settlement discussions have occurred in this case.

2. Whether the parties request a settlement conference

Plaintiff requests this issue be deferred until Defendants enter an appearance in the case.

E. **Magistrate Judge**

1. Whether the parties consent to proceed before a magistrate judge for all purposes

Given prior cases against these defendants, Plaintiff does not expect that the parties will consent to proceed before a magistrate judge.

2. Any particular matters that already have been referred to the magistrate judge, and status of those proceedings.

None.

- 6 -

PLAINTIFF'S INITIAL STATUS REPORT  
Case No. 1:22-cv-05160

Brenes Law Group, P.C.  
100 Spectrum Ctr. Dr., Ste. 330,  
Irvine, CA 92618  
P: (949) 397-9360

Dated: December 2, 2022         By: /s/ Troy A. Brenes

Troy A. Brenes, Esq. *(admitted pro hac vice)*
BRENES LAW GROUP
100 Spectrum Center Drive, Suite 330
Irvine, CA 92618
Tel: (949) 397-9360
Fax: (949) 607-4192
Tbrenes@breneslawgroup.com

Alan J. Bernstein
Law Offices of Alan J. Bernstein, Ltd.,
10 S. LaSalle St., Ste. 1420
Chicago, IL 60603
Telephone: 312-726-2755
Facsimile: 312-726-2959
Alan@abernsteinlaw.com

Plaintiff attorneys,

- 7 -
PLAINTIFF'S INITIAL STATUS REPORT
Case No. 1:22-cv-05160
Brenes Law Group, P.C.
100 Spectrum Ctr. Dr., Ste. 330,
Irvine, CA 92618
P: (949) 397-9360