## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Cameron Paynter,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>BG Medical, LLC, et al.<br><br>　　　　　　Defendants. | Case No. 22-cv-05160<br><br>Honorable Judge John F. Kness<br><br>Magistrate Judge Beth W. Jantz |

### MOTION TO WITHDRAW ATTORNEY APPEARANCE

Now comes Kenneth J. Barrish of the law firm of Litchfield Cavo LLP and moves the Court to withdraw his attorney appearance for Defendant Medical Murray, Inc. and in support thereof states:

1. Defendant Medical Murray and its insurer have directed Andrea Glinka-Przybysz, Sherry Knutson, and Connor Doughty of the law firm of Tucker Ellis LLP to represent Medical Murray in the above-captioned matter. Glinka-Przybysz, Knutson, and Doughty have filed appearances on behalf of Medical Murray.

2. Consequently, Attorney Kenneth J. Barrish from Litchfield Cavo LLP moves to withdraw his appearance as Counsel for Medical Murray.

WHEREFORE, Attorney Kenneth J. Barrish respectfully requests that his attorney appearance for Defendant Medical Murray be withdrawn.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By: /s/ Kenneth J. Barrish
　　　　　　　　　　　　　　　　　　　　　　Kenneth J. Barrish (ARDC #6203263)
　　　　　　　　　　　　　　　　　　　　　　LITCHFIELD CAVO LLP
　　　　　　　　　　　　　　　　　　　　　　303 W. Madison Street, Suite 300
　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606\
　　　　　　　　　　　　　　　　　　　　　　barrish@litchfieldcavo.com

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney for Defendant Medical Murray, Inc, hereby certifies that the forgoing document was served on December 9, 2025 in accordance with Fed.R.Civ. P. 5, LR 5.5 and the General Order on Electronic Case Filing pursuant to the District Court's Electronic Case Filing (ECF) system as to the ECF filers.

                                        /s/ Kenneth J. Barrish
                                            Kenneth J. Barrish